## MOTION DOCKET

**94–726.** Heiner v. Moretuzzo. *Summit County,* No. 16312. On motion to file statement of additional authorities. Motion denied.

PFEIFER, J., dissents.

COOK, J., not participating.